DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

IN RE: )
PRO SE LITIGANTS' USE OF THE ) Misc. No. 2014-
ELECTRONIC COURT FILING SYSTEM )
_____ )

GENERAL ORDER

GÓMEZ, J.

It is hereby **ORDERED** that in any action pending before the Honorable Curtis V. Gómez in which there is a party appearing *pro se*, the *pro se* party shall be permitted to "register as a Filing User in the Electronic Filing System solely for purposes of the action in a form prescribed by the Clerk." LRCi 5.4(b)(2); it is further

**ORDERED** that in any action pending before Judge Gómez in which there is a party appearing *pro se*, the Clerk of Court shall, upon filing of the *pro se* complaint or petition under 28 U.S.C. §§ 2241, 2254, or 2255, provide to the *pro se* party such forms as are necessary to become a filing user, as well as a copy of this Order. If such complaint or petition is filed by mail, the Clerk of Court shall provide such forms and this Order to the *pro se* party by certified mail; it is further

**ORDERED** that *pro se* parties appearing before Judge Gómez who do not become filing users, shall receive hardcopies of all orders issued by the Court and all forms described herein. To that end, the Clerk of Court shall deliver all such orders and forms described herein by certified mail with return receipt service. Upon mailing, a copy of the certificate of mailing shall be filed on the docket by the Clerk of Court. Upon receipt of the return indicating the *pro se* party's receipt of delivery, a copy of the returned receipt shall be filed on the docket by the Clerk of Court.

CURTIS V. GÓMEZ
District Judge